**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Central District Of California
(State)

Case number (*If known*): _____    Chapter _7___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Clearwater Nursey, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 7 7 – 0 0 8 0 8 5 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2901 Sturgis Road | |
| Number      Street | Number      Street |
| | 1170 |
| | P.O. Box |
| Oxnard           CA      93030 | Nipomo           CA      93444 |
| City            State     ZIP Code | City            State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ventura | 887 Mesa Road |
| County | Number      Street |
| | Nipomo           CA      93444 |
| | City            State     ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor    **Clearwater Nursey, Inc.**    Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes.    District _See Attachment 1_    When _02/11/2015_    Case number _9:15-bk-10251-DS_
                                              MM / DD / YYYY

    District _____    When _____    Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

    District _____    When _____
                                              MM / DD / YYYY

    Case number, if known _____

Debtor   Clearwater Nursey, Inc.                                    Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Attachment
Debtor: Clearwater Nursey, Inc.      Case No:

**Attachment 1**

     **Central District of California**

Debtor    Clearwater Nursey, Inc.                                Case number (if known) _____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,000-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ☒ I have been authorized to file this petition on behalf of the debtor.

- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 / 23 / 2017
             MM / DD / YYYY

X _Mahmood Jafroodi_ (signature)                Mahmood Jafroodi
  Signature of authorized representative of debtor    Printed name

Title  Sole Board Member

**18. Signature of attorney**

X _William C. Beall_ (signature)        Date  3/27/17
  Signature of attorney for debtor             MM / DD / YYYY

William C. Beall
Printed name

Beall & Burkhardt, APC
Firm name

1114 State Street, Suite 200
Number        Street

Santa Barbara                          CA          93101
City                                   State       ZIP Code

(805) 966-6774                         Will@Beallandburkhardt
Contact phone                          Email address

97100                                  CA
Bar number                             State

---

Attachment
Debtor: Clearwater Nursey, Inc.      Case No:

**Attachment 1**

**Central District of California**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| William C. Beall<br>Beall & Burkhardt, APC<br>1114 State Street, Suite 200<br>Santa Barbara, California 93101<br>Phone: (805) 966-6774<br>Fax: (805) 963-5988<br>Bar No.: 97100<br><br>[X] *Attorney for:* Clearwater Nursey, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Clearwater Nursey, Inc. | CASE NO.: |
|---|---|
| | CHAPTER: 7 |
| Debtor. | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☐ | Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Amendments to petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☒ | Other: **Other initial filing documents** | Date Filed: _____ |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    Date  3/23/17
Signature of Authorized Signatory of Filing Party

**Mahmood Jafroodi**
Printed Name of Authorized Signatory of Filing Party

**Sole Board Member**
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

_Signature of Attorney for Filing Party_                              3/23/17

                                                                    Date

**William C. Beall**

_Printed Name of Attorney for Filing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_November 2006_

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Chapter 11 filed on February 11, 2015; Case No. 9:15-bk-10251-DS; Dismissed on September 10, 2015**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at <u>Santa Barbara</u>, California

Date: 3|28|17

Signature of Debtor

Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 1            **F 1015-2.1.STMT.RELATED.CASES**

# CERTIFICATE OF RESOLUTION OF
BOARD OF DIRECTORS OF

## CLEARWATER NURSERY, INC.

I certify that the following resolution was adopted by the Board of Directors of Clearwater Nursery, Inc., a California corporation, without a meeting pursuant to the California Corporations Code and the bylaws of the corporation:

RESOLVED that the corporation forthwith file a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code; and

RESOLVED FURTHER that the corporation employ Beall & Burkhardt, a Professional Corporation, to represent it in said bankruptcy proceedings; and

RESOLVED FURTHER that Mahmood Jafroodi, sole board member, is hereby authorized to sign all documents of the corporation in connection with said Chapter 7 proceedings.

Dated: January 26, 2017

Mahmood Jafroodi, Sole Board Member

**Fill in this information to identify the case:**

Debtor name _____**Clearwater Nursey, Inc.**_____

United States Bankruptcy Court for the:_____**Central District of California**_____

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................

   $ 24,640.50

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................

   $ 24,640.50

---

**Part 2:   Summary of Liabilities**

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*............................

   $ 5,077,061.82

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................

   $ 4,665.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................................

   + $ 5,826,581.65

4. **Total liabilities**...............................................................
   Lines 2 + 3a + 3b

   $ 10,908,308.47

**Fill in this information to identify the case:**

Debtor name  Clearwater Nursey, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 33.82

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | 9  9  8  3 | $ 24,506.68 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

7

| 4.1. _____ | $ _____ |
| 4.2. _____ | $ _____ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 24,540.50

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
| 7.2. _____ | $ _____ |

Debtor    Clearwater Nursey, Inc.
_____
Name

Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |

**11. Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | − $0.00 | = ......→ | $0.00 |
| 11b. Over 90 days old: | $63,428.07 | − $63,428.07 | = ......→ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $0.00

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $_____

16.2. _____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor   Clearwater Nursey, Inc.
         Name

Case number (if known)_____

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** See attached | 05/31/2016 MM / DD / YYYY | $_____ | | $ 0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) See attached (includes farm supplies, chemicals, and feed) | $_____ | | $ Fair Market Value |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

---

Debtor    Clearwater Nursey, Inc.
          Name                                                    Case number (if known)

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☒ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☒ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☒ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | | $_____ |
| 40. **Office fixtures** | $_____ | | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached | $_____ | | $ 0.00 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

Debtor    Clearwater Nursey, Inc.
          _____   Case number (if known)_____
          Name

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See attached | $ | | $ 100.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See attached | $ Unknown | | $ Fair Market Value |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 100.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor      Clearwater Nursey, Inc.
                   Name                                                      Case number (if known)_____

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**
- ☒ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☒ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| **65. Goodwill** _____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.    $_____

Debtor   Clearwater Nursey, Inc. _____   Case number (if known) _____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☒ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

<table>
<tr><td></td><td></td><td>**Current value of debtor's interest**</td></tr>
</table>

71. **Notes receivable**
   Description (include name of obligor)
   _____   _____ − _____ = → $ _____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

   | | Tax year | |
   |---|---|---|
   | _____ | _____ | $ _____ |
   | _____ | _____ | $ _____ |
   | _____ | _____ | $ _____ |

   Tax year
   Tax year

73. **Interests in insurance policies or annuities**
   _____                                    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                                    $ _____
   Nature of claim     _____
   Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                                    $ _____
   Nature of claim     _____
   Amount requested_   $ _____

76. **Trusts, equitable or future interests in property**
   _____                                    $ _____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership
   _____                                    $ _____
   _____                                    $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    Clearwater Nursey, Inc.    Case number (if known)_____
Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 24,540.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 24,640.50 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .............................................................. $ 24,640.50

# Clearwater Nursery, Inc.

887 Mesa Road • P.O.Box 1170 • Nipomo, California 93444

805.929.3241 • Fax 805.929.5421

## Asset Summary at 05-31-16

| ITEM | Working Yes/No? | Condition (Good Fair or bad) |
|---|---|---|
| Administration Building | Yes | Fair.  Some water intrusion |
| Greenhouses (approximately 1.5 million square feet) | Yes | Fair - Some issues with vent alignment, rusting benches, rooten wood. |
| Mobile Home | See below. | |
| Production Building | Yes | Fair - Some water intrusion, carpets destroyed, needs paint. |
| Sales Storage Container (behind Production Office) | Yes | Some rust issues. |
| Sales Trailer (behind Production Office) | Yes | Poor - Floors rotting.  Mold Issues.  Carpet destroyed.  Needs paint. |
| Security Cameras | Yes/no | Most do not appear to work. Cameras are being replaced in active greenhouse areas. |
| Warehouse and related facilities | Yes | Good condition except coolers - Cooling units in marginal condition. |
| Note: "Item #" is for bank reference only | | |
| Item #1 JD Model 770 Tractor #1 | Yes | Old but functional |
| Item #3 JD Model 770 Tractor #3 | Yes | Old but functional |
| Item #4 JD Model 770 Tractor #4 | Yes | Old but functional |
| Item #8 JD Model 790 Tractor #12 | Yes | Old but functional |
| Item #3 JD Model 790 Tractor #13 | Yes | Old but functional |
| Item #14 Taylor Dunn Cart Packing Area (broken) | No | Not operational |
| Item #15 Taylor Dunn Cart Production Area (broken) | no | Not operational |
| Item #16 Taylor Dunn Cart Year2001 (broken) | no | Not operational |
| Item #17 Taylor Dunn Cart Company Number 1 | Yes | Old but functional |
| Item #18 Taylor Dunn Cart Company Number 3 | Yes | Old but functional |
| Item #19 Taylor Dunn Cart Company Number 6 | No | Not operational |
| Item #21 Toyota Electric Forklift | Yes | Old but functional |

| Item | | Condition |
|---|---|---|
| Item #23 Toyota Forklift | Yes | Old but functional |
| Item #24 Toyota Forklift | No | Not operational |
| Item #27 Caterpillar Backup Generators | No | One has bad circuit board.  Other needs battery. |
| Item #28 Bluff Yard Ramp | Yes | Good |
| Item #29 Rite High Pressure Steam Boiler | ??? | Has been dissasembled for years. |
| Item #30 Rite Boilers R1 Water Boilers | Yes | Old but functional |
| Item #31 Rite Boilers R4/5 | Yes | Old but functional |
| Item #32 Rite Boilers R3/4 | Yes | Old but functional |
| Item #33 Range 2 Miura Boilers | No | Dead |
| Item #36 John Deere Gator | Yes | Good |
| Item #37 Ford Skip Loader | No | Needs battery - There may be other isues. |
| Item #38 Tilt Hoppers (6) Onsite | Yes | Poor condition - Lot of rust. |
| Item #39 Lincoln TIG Welder | Yes | Good |
| Item #40 Komatso Tractor and Welder (not running) | Yes / No | Welder works well.  / Tractor is dead |
| Item #42 60-gallon air compressor | Yes | Old but functional |
| Item #43 TIG Welder | Yes | Old but functional |
| Item #44 Well Pump and Motor | Yes | Old but functional |
| Item #45 Javo Pot Filler | Yes and no | Runs but pot dispensor broken |
| Item #46 HE Anderson Fertilizer Injectors | Yes and no. | Ranges #1, #2 asnd #8 work. Ranges #14 and #15 are dead. |
| Item #47 Soil Mixers | Yes | Poor condition - Lot of rust damage. |
| Item #48 Bale Buster | No | Motor burned out |
| Item #49 Javo Bulb Planting Machine | No | Needs parts |
| Item #50 Nitrate System | Yes | OK |
| Item #53 Dremm Dual Tank Biological Pulsefog | No | Broken - Maintenance has been unable to fix the machine. |
| Item #56 Packing Lines | ??? | Gone |
| Item #57 Floor Sweeper | No | Broken |
| Item #58 Over the Bench Carts | Yes | Fair - Some repairs required. |
| Item #59 Learnflow Carts and Shelves | Yes | Fair - Some repairs required. |
| Item #61 Cooler Racks (70) | Yes / no | Most remaining racks need repair. Good ones sold. |
| Item #62 Single Trailers (14) left onsite | | 26 left. In fair condition. |
| Item #63 Double Layer Trailers (26) | | |
| Item #64 Triple Layer Trailers (30) | NO | None left. |
| Item #65 50-gallon Spray Rig | Yes | poor condition - Very old / requiring frequent repair. |
| Item #66 Two Office Trailers (Maintenance & Post Harvest Office) | Yes | Maintenance in very poor condition - Holes and water intrusion. Post-harvest trailer - Already listed above as "sales trailer" -See above. |

| | | |
|---|---|---|
| Item #68 1995 International 4700 (Non-Op) | No | Non-operational |
| Item #70 1995 Ford Water Truck | No | ??? Battery dead.  There appear to be other issues. |
| Item #75 EZ Go Golf Cart | Yes | Operational |
| Item #79 Phone System Iwatsu (26 Handsets) | ??? | ??? |
| Item #80 Server Room Desk, Shelves, Cabinets, File Cabinets, Shredder | Yes | Good |
| Item #81 Office Furniture and Workstations (itemize inventory ?) | Yes | Good |
| Item #82 Organic Spray Tank | Yes | Good |
| Item #83 Tuscan Pot Mold | ??? | We do not know where this is. |
| Item #84 Garden Trio Container Mold | ??? | We do not know where this is. |
| Mobile Home (included in Item #66 ?) | Redundant | See above |
| Production Building (part of Admin ?) | Redundant | See above |
| R 2/3 Miura Boiler | No | Non operational |
| R1 Bell & Gossett Circulating Pumps | Yes | Old but functional |
| R14/16 Raypack Boilers (3) | Yes and no | Two are old but functional.  Two are no longer useful. |
| Range 8 Mini Sprinklers | Yes | Good |
| Sales Storage Container (behind Production Office) | Redundant | See above |
| Sales Trailer (behind Production Office) | Redundant | See above |
| Security Cameras | Redundant | See above |

**Fill in this information to identify the case:**

Debtor name    Clearwater Nursery, Inc.

United States Bankruptcy Court for the:    Central District of California

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
Farm Credit West, ACA

**Creditor's mailing address**
1178 Tama Lane
Santa Maria, CA 93455

**Creditor's email address, if known**
_____

**Date debt was incurred**    2009

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
UCC filing of all tangible and non-tangible assets

**Describe the lien**
Possessory, Nonpurchase-Money Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,077,061.82          $24,640.50

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____          $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $5,077,061.82

Debtor   Clearwater Nursey, Inc.
_____
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Downey Brand, LLP<br>Attn: Andrew Collier, 621 Capital Mall, 18th Floor<br>Sacramento, CA 95814 | Line 2. 1 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

| Fill in this information to identify the case: |
|---|
| Debtor    Clearwater Nursey, Inc. |
| United States Bankruptcy Court for the:    Central District of California |
| Case number<br>(if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Franchise Tax Board
P. O. Box 942867
Sacramento, California 94267

As of the petition filing date, the claim is: $2,256.00    $2,256.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

As of the petition filing date, the claim is: $2,409.00    $2,409.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2016

**Basis for the claim:**
Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor  Clearwater Nursey, Inc.
        _____
        Name                                    Case number (if known) _____

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.1** | Nonpriority creditor's name and mailing address

4 Elements, Inc.

6665 Cote De Liesse

Montreal, Quebec , Canada    H4T 1Z5

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 51,500.00

---

**3.2** | Nonpriority creditor's name and mailing address

Abalone Coast Analytical, Inc.

141 Suburban Road, Ste C-1

San Luis Obispo , CA 93401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 60.00

---

**3.3** | Nonpriority creditor's name and mailing address

Advanced Emission Control Solutions, LP

PO Box 12907

Fresno , California 93779

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,592.43

---

**3.4** | Nonpriority creditor's name and mailing address

Agdia Inc.

52642 County Road 1

Elkhart , IN 46514

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 374.00

---

**3.5** | Nonpriority creditor's name and mailing address

AGRx

751 South Rose Avenue

Oxnard, CA 93030

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 64,675.21

---

**3.6** | Nonpriority creditor's name and mailing address

American Express

P.O. Box 981540

El Paso, 79998

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 40,000.00

---

Debtor    Clearwater Nursery, Inc.
_____      Case number (if known) _____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7** Nonpriority creditor's name and mailing address

American Horticultural Supply, Inc

2901 Sturgis Rd.
Oxnard, CA 93030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☒ Yes

$ 205,930.00

---

**3.8** Nonpriority creditor's name and mailing address

American Industrial Supply

543C W. Betteravia Road
Santa Maria        , CA 93455

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,810.15

---

**3.9** Nonpriority creditor's name and mailing address

Amtrust North America, Inc.

800 Superior Avenue E
Cleveland, OH 44114

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,426.00

---

**3.10** Nonpriority creditor's name and mailing address

Andre, Morris & Buttery

1102 Laurel Lane        P.O. Box 730
San Luis Obispo   , CA 93406

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 22,794.00

---

**3.11** Nonpriority creditor's name and mailing address

API Waste Services

PO Box 5754
Santa Maria        , CA 93455

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,516.45

---

Debtor _____ Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

Aris Horticulture, Inc.

P.O. Box 76096
Cleveland, OH 44101-4755

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 73,671.85

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

ASA Flower Bulbs

Hameyasdim1st
Moshav Bitzaron    , Isreal 60946

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 87,796.96

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Ball Seed Co.

622 Town Road
West Chicago, IL 60185

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 213,470.50

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Bank of America

P.O. Box 982235
El Paso, Texas 79998

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 35,037.31

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

Barajas Transport

1024 S. Western Avenue
Santa Maria, CA 93458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 900.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.17** Nonpriority creditor's name and mailing address

Berger Horticultural Products, LTD

P.O. Box 656

Sulpher springs     , TX 75483

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 39,321.64

---

**3.18** Nonpriority creditor's name and mailing address

Biobest

2020 Fox Run Road

Leamington, ON     , Canada N8H 3V7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,915.80

---

**3.19** Nonpriority creditor's name and mailing address

Brian Wick dba Brian Boiler Works Co

P.O. Box 3223

San Luis Obispo     , CA 93405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,500.00

---

**3.20** Nonpriority creditor's name and mailing address

Cal-Coast Irrigation

1480 W. Stowell Road

Santa Maria     , CA 93458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 195.24

---

**3.21** Nonpriority creditor's name and mailing address

California Chamber of Commerce

P.O. Box 526020

Sacramento     , CA 95852-6020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 231.50

| **Part 2:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

**3.22** | Nonpriority creditor's name and mailing address

California Electric Supply

PO Box 14196

Orange _____ , CA 92863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

$ 437.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.23** | Nonpriority creditor's name and mailing address

California Floral Transport

PO Box 990

Mabelvale _____ , AR 72103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 11,865.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.24** | Nonpriority creditor's name and mailing address

Carolyn Ramirez, et al

c/o Allen Hutkin 1229 Higuera Street, First Floor
San Luis Obispo, CA 93401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** class action wage claim

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.25** | Nonpriority creditor's name and mailing address

Central Coast Pallets

P.O. Box 1409

Santa Maria _____ , CA 93458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 3,003.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.26** | Nonpriority creditor's name and mailing address

Central Plastics & Manufacturing, LLC

1905 North MacArthur Drive Suite 100

Tracy _____ , CA 95376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 22,333.90

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | **Nonpriority creditor's name and mailing address**

CJ Ruigrok & Sons

Zilkerbinnenweg 58

2191 AD De Silk    , The Netherlands

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66,849.00

---

**3.28** | **Nonpriority creditor's name and mailing address**

Coastal Nursery

117 Rancho Road

Watsonville, CA 95076

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.29** | **Nonpriority creditor's name and mailing address**

Corporate Recovery Associates, LLC

3830 Valley Center Drive, Suite 705-152, San Diego, CA 92130

San Diego, CA 92130

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,387.00

---

**3.30** | **Nonpriority creditor's name and mailing address**

Custom Labor Services, Inc.

125 W. Mill Street

Santa Maria            ,

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 429,743.00

---

**3.31** | **Nonpriority creditor's name and mailing address**

DecoWraps

8900 NW 33rd St., Suite 100

Doral            , FL 33172

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77,461.00

---

Debtor    Clearwater Nursey, Inc.
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Driscoll Strawberry Associates, Inc.

Payment Processing Center    PO Box 201261
Dallas, TX 75320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 21,741.00

---

**3.33** Nonpriority creditor's name and mailing address

Easy Fuel, Inc.

1346 East Taylor Street
San Jose    , CA 95133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,844.00

---

**3.34** Nonpriority creditor's name and mailing address

Enrique Zuniga, Jr dba EZ Transportation

4841 Refsing Place
Oxnard, CA 93033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,776.40

---

**3.35** Nonpriority creditor's name and mailing address

EZ Shipper Racks Inc.

P. O. Box 31001-1221
Pasadena    , CA 91110-1221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,453.00

---

**3.36** Nonpriority creditor's name and mailing address

Fence Factory of Santa Maria

2709 Santa Maria Way
Santa Maria, CA 93455-1796

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 640.00

---

Debtor  Clearwater Nursery, Inc.
Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** Nonpriority creditor's name and mailing address

FHI, LLC

P.O. Box 890949
Charlotte, NC 28289-0949

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$1,440.00

---

**3.38** Nonpriority creditor's name and mailing address

Fides

PO Box 26
De Lier, Nederland  , The Netherlands 2678 ZG

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$5,653.00

---

**3.39** Nonpriority creditor's name and mailing address

Flamingo Holland, Inc.

1250 Avenida Chelsea
Vista , CA 92081

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$22,375.90

---

**3.40** Nonpriority creditor's name and mailing address

Florida Beauty Flora, Inc.

P.O. Box 528042
Miami, FL 33152-8042

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$6,556.03

---

**3.41** Nonpriority creditor's name and mailing address

ForemostCo

P. O. Box 162068
Miami, FL 33116-2068

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$4,845.00

---

Debtor   Clearwater Nursery, Inc.
_____
Name

Case number *(if known)* _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** Nonpriority creditor's name and mailing address

Fox Rothschild, LLP

1800 Century Park East, Suite 300

Los Angeles, CA 90067-1506

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

$ 427,001.00

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address

Garden Marketing Group, LLC

9239 Premier Row

Dallas, TX 75247

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 7,500.00

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address

Gibbs International, Inc.

P.O. Box 748062

Los Angeles, 90074-8062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 218.00

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.45** Nonpriority creditor's name and mailing address

Ginegar Plastics, Inc.

P.O. Box 837

Chester, SC 29706

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 37,239.05

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.46** Nonpriority creditor's name and mailing address

Glenn  Burdette

1150 Palm Street

San Luis Obispo    , CA 93401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

$ 6,700.00

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Clearwater Nursey, Inc.
Name _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.47** | Nonpriority creditor's name and mailing address

Gloeckner and Co., Inc.

600 Mamaroneck Avenue
Harrison, NY 10528

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 86,148.00

---

**3.48** | Nonpriority creditor's name and mailing address

Greenex United States Inc.

5485 Wiles Road #406
Coconut Creek     , FL 33073

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,295.00

---

**3.49** | Nonpriority creditor's name and mailing address

Griffin Greenhouse Supplies, Inc.

PO Box 842937
Boston, MA 02284-2937

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 47,785.00

---

**3.50** | Nonpriority creditor's name and mailing address

Grower Logistical Services

P.O. Box 580
Watsonville, CA 95077

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,121.00

---

**3.51** | Nonpriority creditor's name and mailing address

Guadalupe Hardware Company, Inc.

P.O. Box 337
Guadalupe     , 93434

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 694.00

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Harbor Freight Tools

P. O. Box 748076
Los Angeles, CA 90074-8076

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 63.00

**3.53** Nonpriority creditor's name and mailing address

Headstart Nursery, Inc

4860 Monterey Road
Gilroy, CA 95020

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 18,750.00

**3.54** Nonpriority creditor's name and mailing address

Helena Chemical Company

P. O. Box 742558
Los Angeles, CA 90074-2558

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 76,711.00

**3.55** Nonpriority creditor's name and mailing address

High Rise Balloons & Floral Supplies

9101 Wall St., Suite 1080
Austin, TX 78754

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 437.00

**3.56** Nonpriority creditor's name and mailing address

Highland Supply Corporation

1111 Sixth Street
Highland, IL 62249

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 34,028.00

Debtor _____
Name

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.57** | Nonpriority creditor's name and mailing address

Home Depot

P.O. Box 182676
Columbus, Ohio 43218-2676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,867.00

---

**3.58** | Nonpriority creditor's name and mailing address

Horace Anderson Greenhouses

375 La Costa Avenue
Encinitas          , CA 92024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,750.00

---

**3.59** | Nonpriority creditor's name and mailing address

Industrial Radiator Service, Inc.

PO Box 2160
Nipomo, CA 93444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 105.00

---

**3.60** | Nonpriority creditor's name and mailing address

International Freight Services, Inc.

1610 Rollins Road
Burlingame, CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450.00

---

**3.61** | Nonpriority creditor's name and mailing address

Jafroodi Properties, LP

2901 Sturgis Road
Oxnard, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,208,903.25

---

Debtor  Clearwater Nursey, Inc.
        Name                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Jafroodi, Mahmood

2901 Sturgis Road
Oxnard, CA 93030

As of the petition filing date, the claim is:     $ 24,336.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
  disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

James K. Gribaudo, db Gribaudo Farms

P. O. Box 2720
Lodi, CA 95241

As of the petition filing date, the claim is:     $ 5,746.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Joan Perry dba Reefer Trailer Rents

P. O. Box 2779
Orcutt, CA 93457

As of the petition filing date, the claim is:     $ 4,600.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Jorge Alvaro Barajas Rodriquez DBA Barajas Brothers

1900 South Lincoln Street
Santa Maria, CA 93454

As of the petition filing date, the claim is:     $ 3,750.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Jose Luis Franco Dba - J Franco Trucking

604 West Vista Circle
Santa Maria, CA 93458

As of the petition filing date, the claim is:     $ 4,350.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor ___Clearwater Nursey, Inc.___
      Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

Kaman Industrial Technologies

P.O. Box 25356

Los Angeles, CA 90074-5356

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 307.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

Kisco Sales

301 Sumner Street

Bakersfield, CA 93305-5141

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,129.00

---

**3.69** | **Nonpriority creditor's name and mailing address**

Koen Pack USA

C/O First Capital          PO Box 643382

Cincinnati          , OH 45264-3382

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 33,588.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

Lift Truck Repair Service

558 E. Santa Cruz Ct.

Santa Maria, CA 93455

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,010.00

---

**3.71** | **Nonpriority creditor's name and mailing address**

LLT Bar Code & Label, Inc.

P.O. Box 945837

Atlanta          , GA 30394-5837

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 100.00

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.72**   Nonpriority creditor's name and mailing address

Madland Toyota-Lift, Inc.

4485 Buck Owens Blvd.
Bakersfield, CA 93308

As of the petition filing date, the claim is: .
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 132.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.73**   Nonpriority creditor's name and mailing address

MasterTag

P.O. Box 67
Montague      , MI 49437

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 19,406.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.74**   Nonpriority creditor's name and mailing address

Miner's Ace Hardware

1056 West Grand Ave
Grover Beach, CA 93433

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 95.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.75**   Nonpriority creditor's name and mailing address

MMC Emergency Phys Med Group

PO Box 94913
Oklahoma City     , OK 73143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 540.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.76**   Nonpriority creditor's name and mailing address

Moises Novoa Dba M. Novoa Trucking

2211 Pullman Avenue
Santa Maria, CA 93458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 2,200.00

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** Nonpriority creditor's name and mailing address

Mountain Valley Express Co., Inc.

P.O. Box 2569

Manteca , CA 95336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 781.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address

Oak Harbor Freight Lines, Inc.

P.O. Box 1469

Auburn, WA 98071-1469

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 1,560.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address

Oceano Ice Company

P.O. Box 338

Oceano, CA 93475

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 3,747.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address

Office Depot Credit Plan

P.O. Box 689020

Des Moines , IA 50368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 1,104.18

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address

Onsite Computers & Design, Inc.

PO Box 8632

Santa Maria, CA 93456

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 770.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor _____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Pacific Gas and Electric Company

Box 997300
Sacramento, California 95899-7300

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,130.00

---

**3.83** Nonpriority creditor's name and mailing address

Pacific Union Transportation

837 West Las Flores Way
Santa Maria, CA 93458

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,550.00

---

**3.84** Nonpriority creditor's name and mailing address

Pacifica Personnel, Inc.

PO Box 725
Santa Maria, CA 93456

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 16,421.00

---

**3.85** Nonpriority creditor's name and mailing address

Packaging Credit Company, LLC

PO Box 51584
Los Angeles, CA 90051-5884

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,379.00

---

**3.86** Nonpriority creditor's name and mailing address

Pape Kenworth

PO Box 1650
Eugene          , OR 97440

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,313.00

---

Debtor    Clearwater Nursey, Inc.
_____
Name                                                    Case number (if known) _____

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.87** | Nonpriority creditor's name and mailing address

Parks Company

2511 Grant Ave
San Leandro         , CA 94579

Date or dates debt was incurred         _____
Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,279.00

---

**3.88** | Nonpriority creditor's name and mailing address

Penning Freesia B.V.

Postbus 9
Honselersdijk        , Holland 2675 ZG

Date or dates debt was incurred         _____
Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 32,718.00

---

**3.89** | Nonpriority creditor's name and mailing address

Perry's Electric Motors and Controls Inc

414 S Western Avenue
Santa Maria, CA 93456

Date or dates debt was incurred         _____
Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,831.00

---

**3.90** | Nonpriority creditor's name and mailing address

Peterson Taft Investments, LLC

2520 W. Nob Hill Blvd.
Yakima, WA 98902

Date or dates debt was incurred         _____
Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,305.00

---

**3.91** | Nonpriority creditor's name and mailing address

Pindstrup Moseburg A/S

See Attachment 1
Itasca         , IL 60143

Date or dates debt was incurred         _____
Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 49,644.20

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92**   **Nonpriority creditor's name and mailing address**

Powerstride Battery Co., Inc.

2330 Westgate Rd, #1
Santa Maria, CA 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

$65.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93**   **Nonpriority creditor's name and mailing address**

Praxair Distribution, Inc.

Dept LA 21511
Pasadena    , CA 91185

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$71.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94**   **Nonpriority creditor's name and mailing address**

Quality Packaging & Supplies, Inc.

2400 Statham Blvd.
Oxnard, CA 93033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$73,676.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95**   **Nonpriority creditor's name and mailing address**

R.S. Fire Protection

P.O. Box 334
Atascadero    , CA 93423

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$1,471.20

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96**   **Nonpriority creditor's name and mailing address**

Rabobank

Cardmember Service     P. O. Box 790408
St. Louis    , MO 63179

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$25,797.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Clearwater Nursey, Inc.
_____
Name    Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.97** Nonpriority creditor's name and mailing address

Ray's Auto Parts

225 "A" West Betteravia Road
Santa Maria, CA 93455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 21.00

---

**3.98** Nonpriority creditor's name and mailing address

Ric's Tire Service

P.O. Box 5044
Santa Maria, CA 93456-5044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 521.00

---

**3.99** Nonpriority creditor's name and mailing address

Robert Mann Packaging, Inc.

Department 39000    PO Box 39000
San Francisco    , CA 94139

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 82,482.00

---

**3.100** Nonpriority creditor's name and mailing address

Robertson Supply, Inc.

P.O. Box 1140
Pismo Beach, CA 93448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,813.00

---

**3.101** Nonpriority creditor's name and mailing address

Royalty Administration International

10175 Six Mile Cypress Parkway Suite 3
Fort Myers, FL 33966-6993

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 66,610.50

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

San Luis Obispo County Assessor

055 Monterey Street, D360
San Luis Obispo, CA 93408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade debt

$ 13,345.00

Date or dates debt was incurred          Is the claim subject to offset?
Last 4 digits of account number          ☒ No
                                         ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

San Luis Obispo County Tax Collector

1055 Monterey Street, Room D-290
San Luis Obispo    , CA 93408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 13,345.00

Date or dates debt was incurred          Is the claim subject to offset?
Last 4 digits of account number          ☒ No
                                         ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

SAUVE-GUITTET

BP 40071

See Attachment 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 1,363.00

Date or dates debt was incurred          Is the claim subject to offset?
Last 4 digits of account number          ☒ No
                                         ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

Seaside Packaging

1450 E. Wooly Rd
Oxnard, CA 93030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 44,508.00

Date or dates debt was incurred          Is the claim subject to offset?
Last 4 digits of account number          ☒ No
                                         ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

Sheppard West, Inc.

Redfeather Ridge        27850 Lady Slipper Loop
Eugene        , OR 97405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 248,274.00

Date or dates debt was incurred          Is the claim subject to offset?
Last 4 digits of account number          ☒ No
                                         ☐ Yes

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.107** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| Southern California Edison | ☐ Contingent |
| | ☐ Unliquidated |
| P.O. Box 800 | ☐ Disputed |
| Rosemead, California 91770 | ☐ Liquidated and neither contingent nor disputed |

**$ 114,509.00**

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| **3.108** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| Sprint | ☐ Contingent |
| | ☐ Unliquidated |
| PO Box 4181 | ☐ Disputed |
| Carol Stream  , IL 60197 | |

**$ 742.00**

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| **3.109** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| Sun Gro Horticulture | ☐ Contingent |
| | ☐ Unliquidated |
| 36212 Treasury Center | ☐ Disputed |
| Chicago, IL 60694-6200 | |

**$ 98,091.00**

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| **3.110** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| Sunlet Nursery, Inc. | ☐ Contingent |
| | ☐ Unliquidated |
| 3636 Luneta Lane | ☐ Disputed |
| Fallbrook, CA 92028 | |

**$ 43.00**

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | |
|---|---|
| **3.111** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| Target Specialty Products | ☐ Contingent |
| | ☐ Unliquidated |
| P. O. Box 3408 | ☐ Disputed |
| Santa Fe Springs  , CA 90670 | |

**$ 3,248.00**

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Clearwater Nursey, Inc.
_____
Name    Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

Temkin International, Inc.

213 South Temkin Way

Payson, UT 84651

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$ 8,920.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

The Arbory Ltd

4079 Thirteenth Street

Jordan Station    , Ontario, Canada L0R 1S0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 118,840.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Total Quality Logistics, Inc.

PO Box 634558

Cincinnati    , OH 45263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 5,100.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Triflor Export BV

Tulpenkade 1 1733        1734 JP Oude Niedorp

Oude Niedorp    , 1734 JP

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 40,741.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Twin Oaks Growers, Inc.

1969 Marilyn Lane

San Marcos, CA 92069

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

$ 4,223.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

Vaughan's Horticulture LLC

PO Box 92170

Elk Grove Village   , IL 60009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 351.00

---

**3.118** Nonpriority creditor's name and mailing address

Victoria Nursery, Inc.

1085 No. Victoria Avenue

Oxnard, CA 93031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 19,800.00

---

**3.119** Nonpriority creditor's name and mailing address

Westerbeek Bulb Company Inc.

PO Box 9577

Terra Haute   , IN 47808

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 22,735.00

---

**3.120** Nonpriority creditor's name and mailing address

Western Propane Service

2326 Meredith Lane

Santa Maria, CA 93455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 266.00

---

**3.121** Nonpriority creditor's name and mailing address

Zabo Plant Inc.

C/o The LaSource Group   PO Box 422

Northeast, PA 16428

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,901.00

---

Debtor    Clearwater Nursey, Inc.
          Name                                        _____ number _(if known)_

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Jaffe & Asher, LLP<br>600 Third Avenue<br>New York, NY 10016 | Line 3.6<br>☐ Not listed. Explain _____ | — — — — |
| 4.2. | R. Erandi Zamora<br>2210 K Street, Suite 201<br>Sacramento, CA 95816 | Line 3.24<br>☐ Not listed. Explain _____ | — — — — |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.12. | | Line ____<br>☐ Not listed. Explain _____ | — — — — |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $4,665.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $5,826,581.65 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $5,831,246.65 |

# Attachment
## Debtor: Clearwater Nursey, Inc.      Case No:

**Attachment 1**

C/o Atradius Collections, Inc.          1200 Arlington Hts Rd. Suite 410

**Attachment 2**

72302 SABLE CEDEX          , COURTILLERS      France

**Fill in this information to identify the case:**

Debtor name  Clearwater Nursey, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____        Chapter  7

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Clearwater Nursey, Inc.___

United States Bankruptcy Court for the: ___Central District of California___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | 1980 Jafroodi Family Trust | 2901 Sturgis Road<br>Street<br><br>Oxnard   California   93030<br>City   State   ZIP Code | Farm Credit West, ACA | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | 906 Eucalyptus Nursey, LLC | 2901 Sturgis Road<br>Street<br><br>Oxnard   CA   93030<br>City   State   ZIP Code | Farm Credit West, ACA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | American Horticultural Supply, Inc. | 2901 Sturgis Road<br>Street<br><br>Oxnard   CA   93030<br>City   State   ZIP Code | Farm Credit West, ACA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | Azar Jafroodi | 2901 Sturgis Road<br>Street<br><br>Oxnard   CA   93030<br>City   State   ZIP Code | Farm Credit West, ACA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | Mahmood Jafroodi | 2901 Sturgis Road<br>Street<br><br>Oxnard   CA   93030<br>City   State   ZIP Code | Farm Credit West, ACA | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | Custom Labor Services, Inc. | c/o Vincent Martinez, 215 N. Lincoln St.<br>Street<br><br>Santa Maria   CA   93458<br>City   State   ZIP Code | Carolyn Ramirez, et al | ☐ D<br>☒ E/F<br>☐ G |

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

In re:  **Clearwater Nursey, Inc.**

Case No. _____

Chapter **7**

# BUSINESS INCOME AND EXPENSES

_FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS_ (NOTE: _ONLY INCLUDE_ information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:    $ **0.00** _____

PART B - ESTIMATED AVERAGE FUTURE _GROSS_ MONTHLY INCOME:

    2.  Gross Monthly Income:    $ **0.00** _____

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)    $ _____
    4.  Payroll Taxes    **N/A** _____
    5.  Unemployment Taxes    _____
    6.  Worker's Compensation    _____
    7.  Other Taxes    _____
    8.  Inventory Purchases (Including raw  materials)    _____
    9.  Purchase of Feed/Fertilizer/Seed/Spray    _____
    10.  Rent (Other than debtor's principal residence)    _____
    11.  Utilities    _____
    12.  Office Expenses and Supplies    _____
    13.  Repairs and Maintenance    _____
    14.  Vehicle Expenses    _____
    15.  Travel and Entertainment    _____
    16.  Equipment Rental and Leases    _____
    17.  Legal/Accounting/Other Professional Fees    _____
    18.  Insurance    _____
    19.  Employee Benefits (e.g., pension, medical, etc.)    _____
    20.  Payments to Be Made Directly By Debtor to Secured Creditors For
           Pre-Petition Business Debts (Specify):    _____

    21.  Other (Specify):    _____

    22.  Total Monthly Expenses (Add items 3 - 21)    $ **0.00** _____

PART D - ESTIMATED AVERAGE _NET_ MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ **0.00** _____

**Fill in this information to identify the case and this filing:**

Debtor Name __Clearwater Nursey, Inc.__

United States Bankruptcy Court for the: __Central District Of California__

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒  *Schedule H: Codebtors (Official Form 206H)*

☒  *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206–Summary)*

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒  Other document that requires a declaration __Statement of Financial Affairs__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08|25|2017__        _____
MM / DD / YYYY    Signature of individual signing on behalf of debtor

__Mahmood Jafroodi__
Printed name

__Sole Board Member__
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  Clearwater Nursey, Inc.

United States Bankruptcy Court for the:  Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2017<br>MM / DD / YYYY | to  Filing date | ☒ Operating a business<br>☐ Other _____ | $ 0.00 |
| **For prior year:** | From 01/01/2015<br>MM / DD / YYYY | to 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 709,591.00 |
| **For the year before that:** | From 01/01/2016<br>MM / DD / YYYY | to 12/31/2016<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 8,752,653.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to  Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor ___Clearwater Nursey, Inc._____    Case number (if known)_____
              Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Mahmood Jafroodi<br>Insider's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code<br><br>Relationship to debtor<br>Officer | 05/13/16<br>05/06/16 | $ 44,300.05 | Salary and medical expense reimbursement |
| 4.2. | John E. Djafroodi<br>Insider's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code<br><br>Relationship to debtor<br>Officer | 03/01/17 | $ 4,000.00 | Bonus for wind up employment services<br><br><br>See Attachment 1 |

Debtor    Clearwater Nursey, Inc.
_____    Case number (if known)_____
        Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Milgro Nursery, Inc<br>Creditor's name<br>P. O. Box 6069<br>Street<br>Oxnard        CA        93031<br>City        State        ZIP Code | Negotiated setoff of conflicting claims, Milgro<br>See Attachment 4<br><br>Last 4 digits of account number: XXXX–__ __ __ __ | 3/17/2017 | $_____ |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 2 | Wage and Hour | See Attachment 2<br>Name<br>Street<br>City        State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | **Case number**<br>110083 | | | |
| 7.2. | **Case title**<br>See Attachment 3 | See Attachment 3 | **Court or agency's name and address**<br>See Attachment 3<br>Name<br>Street<br>San Luis Obispo    CA<br>City        State        ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>17CV0071 | | | |

Debtor     Clearwater Nursey, Inc.                                    Case number (if known)_____
           Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | | |
| | Case title | Court name and address |
| Street | | |
| | | Name |
| | Case number | |
| City         State    ZIP Code | | Street |
| | | |
| | Date of order or assignment | City         State    ZIP Code |

---

### Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | $ |
| 9.1. Recipient's name | | | |
| Street | | | |
| City         State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | $ |
| 9.2. Recipient's name | | | |
| Street | | | |
| City         State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $ |

---

Debtor    Clearwater Nursey, Inc.
          _____          Case number (if known)_____
          Name

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Beall & Burkhardt, APC | | See Attachment 5 | $ 5,185.50 |
| | **Address** | | | |
| | 1114 State Street, Suite 200 | | | |
| | Street | | | |
| | Santa Barbara          CA          93101 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

Debtor      Clearwater Nursey, Inc.                                    Case number (if known)_____
            _____
                    Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. SEE ATTACHED LIST | | | $_____ |
| Address | | | |
| Street | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |
| | | | |
| Who received transfer? | | | $_____ |
| 13.2. | | | |
| Address | | | |
| Street | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street | From _____ To _____ |
| _____ City           State      ZIP Code | |
| 14.2. _____ Street | From _____ To _____ |
| _____ City           State      ZIP Code | |



**Clearwater Nursery**
**Items Sold in 2016**

| Description | Item # | Amount | Date | Buyer |
|---|---|---|---|---|
| Dell E2010H & E6510 etc | 78 | 200.00 | 1/2/2016 | Kim Daum |
| 220 each Gaylords | | 660.00 | 02/15/16 | Victoria Nursery |
| 3,600 15 Gal Container | | 1,800.00 | 02/18/16 | Giovanni & Christopher Nursery |
| 153 Bags Organic Soil | | 6,360.00 | 02/25/16 | Destiny Farms, LLC |
| 2,512 15 Gal Container | | 1,256.00 | 02/25/16 | Giovanni & Christopher Nursery |
| 10 gal Pots | | 2,274.00 | 03/02/16 | Durant Harvesting, Inc. |
| Eagle Picher Forklift | 25 | 12,000.00 | 03/02/16 | Durant Harvesting, Inc. |
| John Deere Skip Loader | 35 | 12,000.00 | 03/02/16 | Durant Harvesting, Inc. |
| Toyota Forklift-Propane | 22 | 4,000.00 | 03/02/16 | Durant Harvesting, Inc. |
| Tires (5 each) | | 600.00 | 03/03/16 | Unknown |
| 15 Gal Pots | | 1,615.00 | 03/03/16 | Giovanni & Christopher Nursery |
| John Deere 790 Tractor #7 | 7 | 2,800.00 | 03/04/16 | Juan Valdes |
| John Deere 790 Tractor #8 | 12 | 3,200.00 | 03/04/16 | Juan Valdes |
| John Deere 790 Tractor #10 | 6 | 2,800.00 | 03/04/16 | Armando Carrasco Lopez |
| John Deere 790 Tractor #11 | 11 | 3,000.00 | 03/07/16 | Juan Valdes |
| John Deere 790 Tractor #6 | 10 | 3,000.00 | 03/07/16 | Juan Valdes |
| John Deere 770 Tractor #2 | 2 | 2,200.00 | 03/08/16 | James A. Makau |
| 11,100 Plastic Crates | | 6,600.00 | 03/16/16 | Destiny Farms, LLC |
| (6) Computer Monitors | 78 | 150.00 | 03/24/16 | Matt De Korte |
| 1996 Intl Tractor Truck | 69 | 3,000.00 | 03/26/16 | Jose Luis Franco |
| 2001 48' Refer Trailer | 77 | 4,500.00 | 03/26/16 | Jose Luis Franco |
| 2001 48' Refer Trailer | 76 | 4,500.00 | 03/28/16 | Jaime Barajas |
| 1991 32' Utility Trailer | 74 | 4,300.00 | 03/30/16 | Durant Harvesting, Inc. |
| Shelf | | 5.00 | 04/01/16 | Employee |
| Water Jug | | 15.00 | 04/01/16 | Employee |
| Shelf | | 5.00 | 04/01/16 | Employee |
| Chair | | 10.00 | 04/01/16 | Employee |
| 2000 Intl Tractor Truck | 71 | 3,000.00 | 4/1/2016 | Jose Luis Franco |
| (4) each Tilt Hoppers | 38 | 1,000.00 | 04/01/16 | Juan Carlos |
| John Deere 770 Tractor #5 | 5 | 1,100.00 | 04/05/16 | Jose Luis Franco |
| John Deere 790 Tractor #9 | 9 | 1,400.00 | 04/06/16 | Alejandro Huitron |
| Pots & Oasis Wedge | | 1,473.83 | 04/07/16 | AHS |
| 250 each Gaylords | | 750.00 | 04/07/16 | Victoria Nursery |
| 6,000 Prefinished | | 3,000.00 | 04/12/16 | George's Greenhouse LLC |
| 2,850 Plastic Crates | | 1,710.00 | 04/25/16 | Rancho Espinoza Inc. |
| (2) Hoop Houses | | 520.00 | 04/25/16 | Ceclia & Jason Werner |
| (1) Electric Stapler | | 10.00 | 04/26/16 | Arianne Spittler |
| Various Items | | 16,225.00 | 04/26/16 | Hydra Point Plant Growers |
| Single Trailers | 62 | 5,900.00 | 04/26/16 | Hydra Point Plant Growers |
| Triple Layer Trailers | 64 | 1,500.00 | 04/26/16 | Hydra Point Plant Growers |
| 200 gal Spray Rig | 34 | 500.00 | 04/26/16 | Hydra Point Plant Growers |
| 150 gal Spray Rig | 41 | 500.00 | 04/26/16 | Hydra Point Plant Growers |
| Cooler Racks (43) | 61 | 2,150.00 | 04/26/16 | Hydra Point Plant Growers |
| 1997 Ford F150 Pickup | 67 | 1,000.00 | 05/16/16 | RTF, LLC |

|  | Total | 124,588.83 | | |

Debtor    Clearwater Nursey, Inc.
          _____
          Name

Case number (if known)_____

---

### Part 8:    Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ — __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No
☐ Yes

---

Debtor    Clearwater Nursey, Inc.
_____    Case number (if known)_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name<br>_____ Street<br>_____<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name<br>_____ Street<br>_____<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name<br>_____ Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor    Clearwater Nursey, Inc.                                    Case number (if known)_____
          Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor    Clearwater Nursey, Inc.                                          Case number (*if known*)_____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| 25.1. | | |
| Name | | Dates business existed |
| Street | | |
| | | From _____    To _____ |
| City        State        ZIP Code | | |
| | | |
| 25.2. Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | |
| | | From _____    To _____ |
| City        State        ZIP Code | | |
| | | |
| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| 25.3. | | |
| Name | | Dates business existed |
| Street | | |
| | | From _____    To _____ |
| City        State        ZIP Code | | |

---

Debtor    Clearwater Nursey, Inc.                                    Case number (if known)_____
          Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Charlie Zimmer<br>Name<br>887 Mesa Road<br>Street<br>Nipomo                CA         93444<br>City                State    ZIP Code | From _____   To _____ |
| 26a.2. Michael Andonian, CPA<br>Name<br>1200 Paseo Camarillo #100<br>Street<br>Camarillo            CA         93010<br>City                State    ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. ____<br>Name<br>____<br>Street<br>____<br>City        State    ZIP Code | From _____   To _____ |
| 26b.2. ____<br>Name<br>____<br>Street<br>____<br>City        State    ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Charlie Zimmer<br>Name<br>____<br>Street<br>____<br>City        State    ZIP Code | ____ |

Debtor    Clearwater Nursey, Inc.
_____
Name

Case number (*if known*)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Michael Andonian <br> Name <br><br> Street <br><br><br> City          State          ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.2.  <br> Name <br><br> Street <br><br><br> City          State          ZIP Code |

| Name and address |
|---|
| 26d.2.  <br> Name <br><br> Street <br><br><br> City          State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Darlene Tardiff | 05/31/2016 | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  Darlene Tardiff <br> Name <br> 2901 Sturgis Road <br> Street <br><br> Oxnard          CA          93030 <br> City          State          ZIP Code |

| Debtor | Clearwater Nursey, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Stephanie Daum | 01/31/2015 | $ 7,048,622.02 |
| Name and address of the person who has possession of inventory records | | Cost |

27.2.
Stephanie Daum
Name
887 Mesa Raod
Street

| Nipomo | CA | 93444 |
|---|---|---|
| City | State | ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mahmood Jafroodi | 2901 Strugis Road, Oxnard, CA 93030 | Chairman - Shareholder | 99 |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Mahmood Jafroodi | 44, 300.05 | $41,236.90 | |
| Name | | | |
| Street | | on May 13, | |
| | | 2016 for | |
| City          State          ZIP Code | | See | |
| Relationship to debtor | | | |
| President/Chairman | | Attachment 6 | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Clearwater Nursey, Inc.                                    Case number (if known)
          Name

Name and address of recipient

Name

Street

City                          State        ZIP Code

Relationship to debtor

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08 / 23 / 2017
              MM / DD / YYYY

✗ _M. Jafrood._                              Printed name   Mahmood Jafroodi
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Sole Board Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

Attachment

Debtor: Clearwater Nursey, Inc.        Case No:

Attachment 1 Additional Payments or Transfers to Insiders:

> Insider's Name: Omead Jafroodi
> Date of Payments or Transfers: March 1, 2017
> Date of Payments or Transfers: $3,000.00
> Reasons for Payment or Transfer: Bonus payment for wind up services

> Insider's Name: Jafroodi Properties
> Date of Payments or Transfers: May 6, 2016; March 7, 2017
> Date of Payments or Transfers: $13,179.50
> Reasons for Payment or Transfer: Legal Expense reimbursement

Attachment 2

> Ramirez at al. v. Clearwater Nursery

Attachment 2

> Superior Court of California in San Luis Obispo

Attachment 3

> Farm West Credit, PCA v. American Horticultural Supply, Inc. et al.

Attachment 3

> Judicial Foreclosure and Breach of Contract and Guarantee

Attachment 3

> Superior Court of California in San Luis Obispo

Attachment 4

> paid $61,250 (after collector's fees) to Petitioner

Attachment 5

> 3/11/2016 $655.00; 4/20/16 $427.50; 1/5/17 $475.00, 3/9/17 $1,131.00 3/17/17
> $2500.00

Attachment 6

> Salary
> $3,063.15 on May 6, 2016 for medical reimbursment

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**

Case No. _____

**Debtor**

Chapter _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
named debtor(s) and that compensation paid to me within one year before the filing of the petition in
bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____2,500.00_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____2500.00_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0_____

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
members or associates of my law firm. A copy of the agreement, together with a list of the names of the
people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_3/23/17_
Date                        *Signature of Attorney*

Beall & Burkhardt, APC
*Name of law firm*

# United States Bankruptcy Court
### Central District of California

In re  **Clearwater Nursey, Inc.**                               Case No.

    Debtor.                                          Chapter  **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **Clearwater Nursey, Inc.**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:


_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:


OR,

  **X**   There are no entities to report.


By: _William C. Beall_____

    **William C. Beall**
    Signature of Attorney

    Counsel for
    Bar no.: **97100**
    Address.: **1114 State Street, Suite 200**
          **Santa Barbara, California 93101**

    Telephone No.: **(805) 966-6774**
    Fax No.: **(805) 963-5988**
    E-mail address: **Will@Beallandburkhardt**

UNITED STATES BANKRUPTCY COURT
Central District of California

In re:

                                               Case No. BKY

Clearwater Nursey, Inc. ,

Debtor(s)                                    Chapter 7 Case

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mahmood Jafroodi, declare under penalty of perjury that I am the Sole Board Member of Clearwater Nursey, Inc. , a California corporation and that on  the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7  of Title 11 of the United States Code;

Be It Therefore Resolved, that Mahmood Jafroodi, Sole Board Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mahmood Jafroodi, Sole Board Member of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Mahmood Jafroodi, Sole Board Member of this corporation, is authorized and directed to employ William C. Beall, attorney and the law firm of Beall & Burkhardt, APC to represent the corporation in such bankruptcy case."

| Executed on: | Signed: _M. Jafroodi_ |
|---|---|
| 03/23/2017 | Mahmood Jafroodi 2901 Sturgis Road, Oxnard, CA  93030 *(Name and Address of Subscriber)* |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William C. Beall**<br>**1114 State Street, Suite 200, Santa Barbara, California 93101**<br>**Phone: (805) 966-6774**<br>**Fax: (805) 963-5988**<br>**Bar No: 97100**<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** _____

| In re:<br><br>**Clearwater Nursey, Inc.** | CASE NO.:<br>CHAPTER: **7**<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
|---|---|
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __17__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 03/23/2017 _____        _____
                                            Debtor's signature

Date: _____                  _____
                                            Joint Debtor's signature (if applicable)

Date: 3/23/17 _____          _____
                                            Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

July 2014                                                          MAILING.LIST.VERIFICATION

Clearwater Nursey, Inc.
2901 Sturgis Road
Oxnard, CA 93030


William C. Beall
1114 State Street, Suite 200
Santa Barbara, CA 93101

1980 Jafroodi Family Trust
2901 Sturgis Road
Oxnard, CA 93030


4 Elements, Inc.
6665 Cote De Liesse
Montreal, Quebec, Canada H4T 1Z5


906 Eucalyptus Nursey, LLC
2901 Sturgis Road
Oxnard, CA 93030


Abalone Coast Analytical, Inc.
141 Suburban Road, Ste C-1
San Luis Obispo, CA 93401


Advanced Emission Control Solutions, LP
PO Box 12907
Fresno, CA 93779


Agdia Inc.
52642 County Road 1
Elkhart, IN 46514


AGRx
751 South Rose Avenue
Oxnard, CA 93030


American Express
P.O. Box 981540
El Paso,  79998


American Horticultural Supply
2901 Strugis Road
Oxnard, CA 93030

American Horticultural Supply, Inc
2901 Sturgis Rd.
Oxnard, CA 93030


American Horticultural Supply, Inc.
2901 Sturgis Road
Oxnard, CA 93030


American Industrial Supply
543C W. Betteravia Road
Santa Maria, CA 93455


Amtrust North America, Inc.
800 Superior Avenue E
Cleveland, OH 44114


Andre, Morris & Buttery
1102 Laurel Lane
P.O. Box 730
San Luis Obispo, CA 93406


API Waste Services
PO Box 5754
Santa Maria, CA 93455


Aris Horticulture, Inc.
P.O. Box 76096
Cleveland, OH 44101-4755


ASA Flower Bulbs
Hameyasdim1st
Moshav Bitzaron, Isreal 60946


Azar Jafroodi
2901 Sturgis Road
Oxnard, CA 93030

Ball Horticultural Company
622 Town Road
West Chicago, IL 60185


Ball Seed Co.
622 Town Road
West Chicago, IL 60185


Bank of America
P.O. Box 982235
El Paso, TX 79998


Barajas Transport
1024 S. Western Avenue
Santa Maria, CA 93458


Berger Horticultural Products, LTD
P.O. Box 656
Sulpher springs, TX 75483


Biobest
2020 Fox Run Road
Leamington, ON, Canada N8H 3V7


Brian Wick dba Brian Boiler Works Co
P.O. Box 3223
San Luis Obispo, CA 93405


Cal-Coast Irrigation
1480 W. Stowell Road
Santa Maria, CA 93458


California Chamber of Commerce
P.O. Box 526020
Sacramento, CA 95852-6020

California Electric Supply
PO Box 14196
Orange, CA 92863


California Floral Transport
PO Box 990
Mabelvale, AR 72103


Carolyn Ramirez, et al
c/o Allen Hutkin
1229 Higuera Street, First Floor
San Luis Obispo, CA 93401


Central Coast Pallets
P.O. Box 1409
Santa Maria, CA 93458


Central Plastics & Manufacturing, LLC
1905 North MacArthur Drive Suite 100
Tracy, CA 95376


CJ Ruigrok & Sons
Zilkerbinnenweg 58
2191 AD De Silk, The Netherlands


Coastal Nursery
117 Rancho Road
Watsonville, CA 95076


Corporate Recovery Associates, LLC
3830 Valley Center Drive, Suite 705-152,
San Diego, CA 92130


Custom Labor Services, Inc.
125 W. Mill Street
Santa Maria,

Custom Labor Services, Inc.
c/o Vincent Martinez, 215 N. Lincoln St.
Santa Maria, CA 93458


DecoWraps
8900 NW 33rd St., Suite 100
Doral, FL 33172


Downey Brand, LLP
Attn: Andrew Collier
621 Capital Mall, 18th Floor
Sacramento, CA 95814


Driscoll Strawberry Associates, Inc.
345 Westridge Drive
Watsonville, CA 95076


Driscoll Strawberry Associates, Inc.
Payment Processing Center
PO Box 201261
Dallas, TX 75320


Easy Fuel, Inc.
1346 East Taylor Street
San Jose, CA 95133


Enrique Zuniga, Jr dba EZ Transportation
4841 Refsing Place
Oxnard, CA 93033


EZ Shipper Racks Inc.
P. O. Box 31001-1221
Pasadena, CA 91110-1221


Farm Credit West, ACA
1178 Tama Lane
Santa Maria, CA 93455

Fence Factory of Santa Maria
2709 Santa Maria Way
Santa Maria, CA 93455-1796


FHI, LLC
P.O. Box 890949
Charlotte, NC 28289-0949


Fides
PO Box 26
De Lier, Nederland, The Netherlands 26


Flamingo Holland, Inc.
1250 Avenida Chelsea
Vista, CA 92081


Florida Beauty Flora, Inc.
P.O. Box 528042
Miami, FL 33152-8042


ForemostCo
P. O. Box 162068
Miami, FL 33116-2068


Fox Rothschild, LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506


Franchise Tax Board
P. O. Box 942867
Sacramento, CA 94267


Garden Marketing Group, LLC
9239 Premier Row
Dallas, TX 75247

Gibbs International, Inc.
P.O. Box 748062
Los Angeles,  90074-8062


Ginegar Plastics, Inc.
P.O. Box 837
Chester, SC 29706


Glenn  Burdette
1150 Palm Street
San Luis Obispo, CA 93401


Gloeckner and Co., Inc.
600 Mamaroneck Avenue
Harrison, NY 10528


Greenex United States Inc.
5485 Wiles Road #406
Coconut Creek, FL 33073


Griffin Greenhouse Supplies, Inc.
PO Box 842937
Boston, MA 02284-2937


Grower Logistical Services
P.O. Box 580
Watsonville, CA 95077


Guadalupe Hardware Company, Inc.
P.O. Box 337
Guadalupe,  93434


Harbor Freight Tools
P. O. Box 748076
Los Angeles, CA 90074-8076

Headstart Nursery, Inc
4860 Monterey Road
Gilroy, CA 95020


Helena Chemical Company
P. O. Box 742558
Los Angeles, CA 90074-2558


High Rise Balloons & Floral Supplies
9101 Wall St., Suite 1080
Austin, TX 78754


Highland Supply Corporation
1111 Sixth Street
Highland, IL 62249


Home Depot
P.O. Box 182676
Columbus, OH 43218-2676


Horace Anderson Greenhouses
375 La Costa Avenue
Encinitas, CA 92024


Industrial Radiator Service, Inc.
PO Box 2160
Nipomo, CA 93444


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Freight Services, Inc.
1610 Rollins Road
Burlingame, CA 94010

Jaffe & Asher, LLP
600 Third Avenue
New York, NY 10016


Jafroodi Properties, LP
2901 Sturgis Road
Oxnard, CA 93030


Jafroodi Properties, LP
2901 Sturgis Road
Oxnard, CA 93030


Jafroodi, Mahmood
2901 Sturgis Road
Oxnard, CA 93030


James K. Gribaudo, db Gribaudo Farms
P. O. Box 2720
Lodi, CA 95241


Joan Perry dba Reefer Trailer Rents
P. O. Box 2779
Orcutt, CA 93457


Jorge Alvaro Barajas Rodriquez DBA Baraj
1900 South Lincoln Street
Santa Maria, CA 93454


Jose Luis Franco Dba - J Franco Trucking
604 West Vista Circle
Santa Maria, CA 93458


Kaman Industrial Technologies
P.O. Box 25356
Los Angeles, CA 90074-5356

Kisco Sales
301 Sumner Street
Bakersfield, CA 93305-5141

Koen Pack USA
C/O First Capital
PO Box 643382
Cincinnati, OH 45264-3382

Lift Truck Repair Service
558 E. Santa Cruz Ct.
Santa Maria, CA 93455

LLT Bar Code & Label, Inc.
P.O. Box 945837
Atlanta, GA 30394-5837

Luz Properties, LLC
301 West Church Street
Santa Maria, CA 93458

Madland Toyota-Lift, Inc.
4485 Buck Owens Blvd.
Bakersfield, CA 93308

Mahmood Jafroodi
2901 Sturgis Road
Oxnard, CA 93030

MasterTag
P.O. Box 67
Montague, MI 49437

Miner's Ace Hardware
1056 West Grand Ave
Grover Beach, CA 93433

MMC Emergency Phys Med Group
PO Box 94913
Oklahoma City, OK 73143


Moises Novoa Dba M. Novoa Trucking
2211 Pullman Avenue
Santa Maria, CA 93458


Mountain Valley Express Co., Inc.
P.O. Box 2569
Manteca, CA 95336


Oak Harbor Freight Lines, Inc.
P.O. Box 1469
Auburn, WA 98071-1469


Oceano Ice Company
P.O. Box 338
Oceano, CA 93475


Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368


Onsite Computers & Design, Inc.
PO Box 8632
Santa Maria, CA 93456


Pacific Gas and Electric Company
Box 997300
Sacramento, CA 95899-7300


Pacific Union Transportation
837 West Las Flores Way
Santa Maria, CA 93458

Pacifica Personnel, Inc.
PO Box 725
Santa Maria, CA 93456


Packaging Credit Company, LLC
PO Box 51584
Los Angeles, CA 90051-5884


Pape Kenworth
PO Box 1650
Eugene, OR 97440


Parks Company
2511 Grant Ave
San Leandro, CA 94579


Penning Freesia B.V.
Postbus 9
Honselersdijk, Holland 2675 ZG


Perry's Electric Motors and Controls Inc
414 S Western Avenue
Santa Maria, CA 93456


Peterson Taft Investments, LLC
2520 W. Nob Hill Blvd.
Yakima, WA 98902


Pindstrup Mosebrug A/S
C/o Atradius Collections, Inc.
1200 Arlington Hts Rd. Suite 410
Itasca, IL 60143


Powerstride Battery Co., Inc.
2330 Westgate Rd, #1
Santa Maria, CA 93455

Praxair Distribution, Inc.
Dept LA 21511
Pasadena, CA 91185


Quality Packaging & Supplies, Inc.
2400 Statham Blvd.
Oxnard, CA 93033


R. Erandi Zamora
2210 K Street, Suite 201
Sacramento, CA 95816


R.S. Fire Protection
P.O. Box 334
Atascadero, CA 93423


Rabobank
Cardmember Service
P. O. Box 790408
St. Louis, MO 63179


Ray's Auto Parts
225 "A" West Betteravia Road
Santa Maria, CA 93455


Ric's Tire Service
P.O. Box 5044
Santa Maria, CA 93456-5044


Robert Mann Packaging, Inc.
Department 39000
PO Box 39000
San Francisco, CA 94139


Robertson Supply, Inc.
P.O. Box 1140
Pismo Beach, CA 93448

Royalty Administration International
10175 Six Mile Cypress Parkway
Suite 3
Fort Myers, FL 33966-6993


San Luis Obispo County Assessor
055 Monterey Street, D360
San Luis Obispo, CA 93408


San Luis Obispo County Tax Collector
1055 Monterey Street, Room D-290
San Luis Obispo, CA 93408


SAUVE-GUITTET
BP 40071
72302 SABLE CEDEX,


Seaside Packaging
1450 E. Wooly Rd
Oxnard, CA 93030


Sheppard West, Inc.
Redfeather Ridge
27850 Lady Slipper Loop
Eugene, OR 97405


Southern California Edison
P.O. Box 800
Rosemead, CA 91770


Sprint
PO Box 4181
Carol Stream, IL 60197


Sun Gro Horticulture
36212 Treasury Center
Chicago, IL 60694-6200

Sunlet Nursery, Inc.
3636 Luneta Lane
Fallbrook, CA 92028


Superior Quality Copiers, Inc.
1052 East Grand Avenue
Arroyo Grande, CA 93420


Syngenta
P.O. Box 12257
3054 East Cornwallis Road
East Triangle Park, NC 27709


Target Specialty Products
P. O. Box 3408
Santa Fe Springs, CA 90670


Temkin International, Inc.
213 South Temkin Way
Payson, UT 84651


The Arbory Ltd
4079 Thirteenth Street
Jordan Station, Ontario, Canada L0


Total Quality Logistics, Inc.
PO Box 634558
Cincinnati, OH 45263


Triflor Export BV
Tulpenkade 1 1733
1734 JP Oude Niedorp
Oude Niedorp,  1734 JP


Twin Oaks Growers, Inc.
1969 Marilyn Lane
San Marcos, CA 92069

Vaughan's Horticulture LLC
PO Box 92170
Elk Grove Village, IL 60009


Victoria Nursery, Inc.
1085 No. Victoria Avenue
Oxnard, CA 93031


Vision Produce
1651 East Bay Street
Los Angeles, CA 90021


Westerbeek Bulb Company Inc.
PO Box 9577
Terra Haute, IN 47808


Western Propane Service
2326 Meredith Lane
Santa Maria, CA 93455


Zabo Plant Inc.
C/o The LaSource Group
PO Box 422
Northeast, PA 16428